IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                              Case No.   3:19cr137(19)

ALLEN C.M. MAYE,               JUDGE WALTER H. RICE

    Defendant.

---

### ORDER GRANTING DEFENDANT FURLOUGH FOR LIMITED PURPOSE
---

It is the order of this Court that Defendant be furloughed from the Miami County Jail at 10:00 a.m. on Thursday, August 20, 2020 to be picked up by his sister, Valencia Johnson, whose phone number is 937-251-2194. Defendant is to be taken directly to his appointment which is scheduled for 11:15 p.m. with Dr. Morgan at 165 South Edwin C. Moses, Dayton, Ohio. After the appointment with Dr. Morgan, defendant is to then be immediately returned to the Miami County Jail.

It is the request of this Court that the personnel at the Miami County Jail do all in their power to facilitate the carrying out of this Order.

August 17, 2020                                            /s/ Walter H. Rice    (tp - per Judge Rice authorization after his review)

                                                  WALTER H. RICE
                                                  UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
U.S. Marshal Office
Miami County Jail